# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT A. PIEPER & MONIKA PIEPER  Case Number: 05-75492
108 TALLADEGA DRIVE  SSN-xxx-xx-1445 & xxx-xx-6703
POPLAR GROVE, IL  61065

Case filed on: 10/4/2005
Plan Confirmed on: 1/20/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $61,560.40      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
|  | Total Legal | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
| 999 | ROBERT A. PIEPER | 0.00 | 0.00 | 0.40 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.40 | 0.00 |
| 001 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BENEFICIAL ILLINOIS INC | 56,871.34 | 0.00 | 0.00 | 0.00 |
| 003 | WFS FINANCIAL | 25,340.00 | 25,340.00 | 25,340.00 | 1,911.74 |
|  | Total Secured | 82,211.34 | 25,340.00 | 25,340.00 | 1,911.74 |
| 003 | WFS FINANCIAL | 957.30 | 957.30 | 518.03 | 60.85 |
| 004 | ACTION CARD MASTERCARD CLASSIC | 1,304.83 | 1,304.83 | 706.13 | 82.84 |
| 005 | ACTION CARD VISA CLASSIC | 1,347.27 | 1,347.27 | 729.09 | 85.55 |
| 006 | ASPIRE VISA | 2,761.22 | 2,761.22 | 1,494.22 | 175.41 |
| 007 | ECAST SETTLEMENT CORPORATION | 20,622.22 | 20,622.22 | 11,142.20 | 1,350.50 |
| 008 | CAPITAL ONE | 1,162.36 | 1,162.36 | 629.03 | 73.80 |
| 009 | CAPITAL ONE | 376.16 | 376.16 | 202.57 | 26.05 |
| 010 | CAPITAL ONE | 515.48 | 515.48 | 278.91 | 32.82 |
| 011 | CAPITAL ONE | 414.74 | 414.74 | 223.35 | 28.71 |
| 012 | CAPITAL ONE | 3,236.11 | 3,236.11 | 1,751.18 | 205.66 |
| 013 | CAPITAL ONE | 3,553.57 | 3,553.57 | 1,922.94 | 225.87 |
| 014 | ECAST SETTLEMENT CORPORATION | 3,246.96 | 3,246.96 | 1,757.08 | 206.26 |
| 015 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PREMIER BANKCARD/CHARTER | 505.69 | 505.69 | 273.68 | 32.07 |
| 018 | PREMIER BANKCARD/CHARTER | 444.18 | 444.18 | 240.55 | 27.63 |
| 019 | ECAST SETTLEMENT CORPORATION | 490.15 | 490.15 | 265.29 | 31.04 |
| 020 | ECAST SETTLEMENT CORPORATION | 416.59 | 416.59 | 224.36 | 28.81 |
| 021 | PORTFOLIO RECOVERY ASSOCIATES | 5,571.04 | 5,571.04 | 3,014.67 | 354.08 |
| 022 | BANK OF AMERICA | 417.55 | 417.55 | 224.88 | 28.87 |
| 023 | ROCKFORD MERCANTILE AGENCY INC | 129.98 | 129.98 | 64.30 | 22.21 |
| 024 | SAINT ANTHONY MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 47,473.40 | 47,473.40 | 25,662.46 | 3,079.03 |
|  | Grand Total: | 131,284.74 | 74,413.40 | 52,602.86 | 4,990.77 |

Total Paid Claimant: $57,593.63
Trustee Allowance: $3,966.77
Percent Paid Unsecured: 54.06

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 01/23/2009        By  /s/Heather M. Fagan